■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD MALONE, Appellant.— Appeal by defendant from an order of the County Court, Kings County, entered as of April 3, 1959, denying, after a hearing, his *coram nobis* application to vacate a judgment of said court, rendered on March 8, 1943, convicting him, on his plea of guilty, of the crime of robbery in the first degree and sentencing him to serve a term of 10 to 30 years. Order affirmed. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH H. McGUIRE, Appellant.— Appeal by defendant from an order of the County Court, Richmond County, dated November 3, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court, rendered November 26, 1956, convicting him, on his plea of guilty during trial, of murder in the second degree, and sentencing him to serve a term of 20 years to life. Order affirmed. The error assigned — accepting a plea of guilty, claimed not to have been made in accordance with the requirements of the Code of Criminal Procedure (§ 335, subd. 1) — clearly appears on the face of the record. In such case the remedy of *coram nobis* is not available (*People* v. *Balsamo,* 11 A D 2d 1040; *People* v. *Costello,* 8 N Y 2d 954, 955). While it is not easy to define the exact limits of a proceeding of this nature, there is nothing in this record which in the interests of justice would indicate a reversal. Considered on its merits there is no substance to defendant's contention. The proceedings at the trial were conducted in open court. The defendant was present and heard his counsel request the court to change his former plea of not guilty to the crime of first degree murder to one of guilty to the crime of second degree murder. Acceptance of his plea of guilty through his counsel would not be such non-compliance with the statute (Code Crim. Pro., § 335, subd. 1) as to warrant a reversal of the judgment of conviction (*People* v. *Sadness,* 300 N. Y. 69). Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH McINTOSH, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated November 17, 1960, denying, after a hearing, his *coram nobis* application to vacate a judgment of said court, rendered November 7, 1951, convicting him, on his plea of guilty, of carrying a dangerous weapon as a felony, and sentencing him to serve a term of three and one-half to seven years. Order affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES F. PARKHILL, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, rendered December 4, 1959, convicting him, after a nonjury trial, of assault in the third degree (Penal Law, § 244, subd. 1), and sentencing him to serve a term of six months in the New York City Penitentiary. Judgment affirmed. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.